In the Matter of MIDLAND WINDSOR, INC., Respondent, against NEW YORK STATE LABOR RELATIONS BOARD, Appellant.—

Schmidt, Beldock, Murphy and Ughetta, JJ., concur; Wenzel, Acting P. J., dissents and votes to affirm without modification, with the following memorandum: Respondent was under no duty to employ Robertson, Berg and Jordan. No relationship of employer and employee ever existed between respondent and them and so there could be no discharge. No application by any of these men for employment was shown and so there could be no refusal to employ for any reason. Settle order on notice.